Commonwealth ex rel. Smith *v.* Smith, **Appellant.**

Argued

March 15, 1971. *D. Michael Emuryan,* with him *Seyfert and Emuryan,* for appellant; *Anna Iwachiw Vadino,* Assistant District Attorney, with her *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for appellee.

Order affirmed.